No. 424, Misc. CAVERLY ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Richard S. Campagna* for petitioners. *Solicitor General Griswold* for the United States.

No. 427, Misc. BULLY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Robert G. Doumar* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Philip R. Monahan* for the United States.

No. 483, Misc. LEWIS *v.* AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL–CIO. C. A. 3d Cir. Certiorari denied. *Mitchell A. Kramer* and *David C. Harrison* for petitioner. *Henry Kaiser* and *Ronald Rosenberg* for respondent.

No. 4, Misc. DAUGHERTY *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Walter R. Jones,* Deputy Attorney General, for respondent.

No. 74, Misc. HERNANDEZ *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Clyde W. Woody* and *Marian S. Rosen* for petitioner. *Crawford C. Martin,* Attorney General of Texas, *Nola White,* First Assistant Attorney General, *Hawthorne Phillips,* Executive Assistant Attorney General, *Robert C. Flowers* and *Ronald Luna,* Assistant Attorneys General, and *W. V. Geppert* for respondent.